**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MORGAN LEE MITZNER, | ) |
| | ) |
|       Petitioner, | ) |
| | ) |
| v. | )   Case No. CIV-13-1131-R |
| | ) |
| WARDEN, JCCC, et al., | ) |
| | ) |
|       Respondents. | ) |

**ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell. Doc. No. 6. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and this action is TRANSFERRED to the United States District Court for the Northern District of Oklahoma.

IT IS SO ORDERED this 7th day of November, 2013.

*/s/ David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE